IN THE SUPREME COURT OF THE STATE OF NEVADA

JAIME RAY BERRY,
Petitioner,
vs.
MS. PAM FEIL, LAW LIBRARY
SUPERVISOR; MR. ROBERT
LEGRAND, WARDEN, LOVELOCK
CORRECTIONAL CENTER; MR.
JAMES G. COX, DIRECTOR NEVADA
DEPARTMENT OF CORRECTIONS;
AND THE STATE OF NEVADA,
Respondents.

No. 68319

FILED

JUL 28 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

*ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus seeking an order directing the Lovelock Correctional Center and Nevada Department of Corrections to make notary services available without having to present identification with a signature. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170. The instant petition raises factual issues that are better addressed in the district court in the first instance. *See Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 604, 637 P.2d 534, 536 (1981) ("When disputed factual issues are critical in demonstrating the propriety of a writ of

16-23554

mandamus, the writ should be sought in the district court, with appeal from an adverse judgment to this court."). Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:    Jaime Ray Berry
       Attorney General/Carson City